1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12   ROBERT IRA RAY,                    )    No. CV 07-5648-GW(CW)
                                        )
13              Petitioner,             )    JUDGMENT
                                        )
14        v.                            )
                                        )
15   ROBERT J. HERNANDEZ (Warden),      )
                                        )
16              Respondent.             )
17   _____ )
18        **IT IS ADJUDGED** that the petition for writ of habeas corpus is
19   dismissed without prejudice.
20
21   DATED: January 22, 2010
22
23                              _____
24                                   GEORGE H. WU
                                United States District Judge
25
26
27
28